UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2007 OCT 11 AM 11:36

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, | Magistrate Docket No. '07 MJ 2433 |
| v. | COMPLAINT FOR VIOLATION OF: |
| **Orasio LOPEZ-Flores,** **Aka: Jose SANCHEZ-Medina** Defendant. | Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about **October 10, 2007** within the Southern District of California, defendant, **Orasio LOPEZ-Flores, AKA: Jose SANCHEZ-Medina,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **11th** DAY OF **OCTOBER, 2007**

Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

JJMC

**CONTINUATION OF COMPLAINT:**
**Orasio LOPEZ-Flores**
**Aka: Jose SANCHEZ-Medina**

## PROBABLE CAUSE STATEMENT

On Wednesday October 10, 2007 Senior Patrol Agent A. Rodriguez was conducting assigned duties near the area known as Dairymart Bridge. This area is approximately two miles west of the San Ysidro, California Port of Entry and approximately one half mile north of the United States/Mexico International Boundary Fence.

At approximately 12:10 a.m. Agent Rodriguez responded to a seismic intrusion device near his position. A National Guard scope operator advised Agent Rodriguez via Agency radio, that he observed two subjects running north. After a brief search of the area Agent Rodriguez located the two individuals lying in brush. Agent Rodriguez identified himself as a Border Patrol Agent to both subjects, including one later identified as, the defendant **Orasio LOPEZ-Flores AKA Jose SANCHEZ-Medina**. Agent Rodriguez questioned the defendant as to his citizenship. The defendant stated that he was a citizen and national of Mexico without any immigration documents that would allow him to enter or remain in the United States legally. Agent Rodriquez took both individuals into custody and transported them to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **February 14, 2005** through **Nogales, Arizona.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was read his Miranda rights, which he acknowledged and was willing to make a statement without an attorney present. The defendant stated that he was a citizen and national of Mexico without valid immigration documents to enter or remain within the United States legally.