FILED
NOV 20 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ORASIO LOPEZ-FLORES,<br>Defendant. | Criminal Case No. 07CR3143-WQH<br>I N F O R M A T I O N<br>Title 8, U.S.C., Sec. 1326(a) and (b) - Deported Alien Found in the United States (Felony) |

The United States Attorney charges:

On or about October 10, 2007, within the Southern District of California, defendant ORASIO LOPEZ-FLORES, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a) and (b).

CJB:kmm:San Diego
10/29/2007

It is further alleged that defendant ORASIO LOPEZ-FLORES was removed from the United States subsequent to February 25, 2003.

DATED: 11/19/07.

KAREN P. HEWITT
United States Attorney

[signature]

CARLA J. BRESSLER
Assistant U.S. Attorney