4

AO 455(Rev. 5/85) Waiver of Indictment

FILED
NOV 2 0 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY JM DEPUTY

# *UNITED STATES DISTRICT COURT*

# *SOUTHERN DISTRICT OF CALIFORNIA*

UNITED STATES OF AMERICA

v.

ORASIO LOPEZ-FLORES
True Name - Jose Sanchez-Medina

**WAIVER OF INDICTMENT**

CASE NUMBER: 07CR3143-WQH

I, ORASIO LOPEZ-FLORES , the above named defendant, who is accused of Title 8, U.S.C., Sec. 1326(a) and (b) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 11-20-07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment. My true name is Jose Sanchez Medina.

Jose SANCHEZ MEDINA
Defendant

[signature]
Counsel for Defendant

Before [signature]
JUDICIAL OFFICER